1897.) Action by Stephen L. Canniff against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

CARR v. NASSAU ELECTRIC R. CO. (Supreme Court, Appellate Division, Second Department. July 13, 1897.) Action by one Carr against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

CARR, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 15, 1897.) Action by James Carr against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

CHAMBERLAIN, Respondent, v. GLEASON, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Seraph M. Chamberlain against Ella V. Gleason and another, impleaded, etc. No opinion. Judgment affirmed, with costs.

---

CHICAGO DAILY NEWS, Respondent, v. ROTHSCHILDS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by the Chicago Daily News against Bernard Rothschilds and others. No opinion. Judgment and order affirmed, with costs.

---

CLARKSON et al., Appellants, v. WESTERN INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897). Action by Edward R. C. Clarkson and others against the Western Insurance Company. No opinion. Order affirmed, without costs to either party. See 37 N. Y. Supp. 53.

---

COLER v. LAMB. (Supreme Court, Appellate Division. First Department. May 7, 1897.) Action by William Coler against Hugh Lamb. No opinion. Motion denied, on condition that the appellant serves on the attorney for the respondent, within three days after the entry of this order, three copies of the papers on appeal, certified as required by the rules of practice. See 46 N. Y. Supp. 117.

---

COSTELLO, Respondent, v. WATERS, Appellant. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Annie M. Costello against Sarah A. Waters. E. P. Schell, for appellant. E. R. Root, for respondent. No opinion. Order modified by striking out the first and third particulars and the last six words of the fifth particular, and as thus modified affirmed, without costs.

---

CROSS, Appellant v. CURNAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Alfred Cross against Francis Curnan and another. No opinion. Judgment affirmed, with costs.

---

DAVIS, Appellant, v. FROHMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by Kate Davis against Charles Frohman and others. W. P. Burr, for appellant. W. M. Rosebault, for respondents.

PER CURIAM. An examination of the testimony in this case shows that the findings of the referee were fully justified by the evidence. We have examined all the rulings to which exceptions were taken, and find no error in any of them. The judgment must be affirmed, with costs.

---

DEARBORN, Respondent, v. CITY OF JAMESTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897). Action by Margaret L. Dearborn against the city of Jamestown. No opinion. Judgment affirmed, with costs.

---

In re DOLMAGE. (Supreme Court, Appellate Division, First Department. June 18, 1897.) In the matter of Isabella Dolmage, deceased. No opinion. Motion granted, with $10 costs.

---

DONOVAN, Respondent, v. HINE, Appellant. (Supreme Court, Appellate Division, Second Department. July 7, 1897.) William F. Donovan against Carrie E. Hine. No opinion. Order reversed, with $10 costs and disbursements, to abide the event. The averment that the defendant has no knowledge or information sufficient to form a belief is equivalent to a denial of such knowledge or information under section 500 of the Code. It may be false, but it is not frivolous.

---

DRYER, Respondent, v. ROCHESTER PRINTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897). Action by Charles A. Dryer against the Rochester Printing Company. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except FOLLETT, J., not voting.

---

DYKE, Respondent, v. NATIONAL TRANSIT CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Electa Dyke against the National Transit Company and others. No opinion. Reargument ordered, and case certified to the Third appellate division, to be there heard and determined. Order settled and filed with the clerk of this court.

---

EISLER et al., Appellants, v. EIGHTH AVE. R. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by Marie Eisler against the Eighth Avenue Railroad Company and others. The mayor, etc., appeal. Wheeler H. Peckham and Robert Earl, for appellant Marie Eisler. William L. Turner, for appellants mayor, etc. James C. Carter, Elihu Root, and John M. Scribner, for respondents.

PER CURIAM. For the reasons stated in the opinion of Potter v. Collis (decided herewith) 46 N. Y. Supp. 471, the order appealed from is affirmed, with $10 costs and disbursements.